**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
SHEVY ROSENBERGER, individually, and as parent and natural guardian of F.R.,

                      Plaintiff,                    24 **CIVIL** 6334 (JGLC)

      -against-                    **JUDGMENT**

DAVID C. BANKS, in his official capacity as the Chancellor of the New York City Department of Education, and THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                   Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 29, 2025, Plaintiff's motion for summary judgement is DENIED and Defendants' motion for summary judgment is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

    September 30, 2025

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

                 **BY:**        *K. Mango*
                                      **Deputy Clerk**